**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**CIVIL ACTION NO. 1:15-cv-00174(WOB-SKB)**

**PATRICIA GEORGE**

**VS.**                                         <u>**ORDER**</u>

**KELLOGG COMPANY**

     This matter is before the Court on defendant Kellogg Company's motion for summary judgment (Doc. 19), plaintiff Patricia George's response thereto (Doc. 25; 28), and Defendant's reply (Doc. 29). The Court heard oral argument on Wednesday, October 26, 2016. David G. Torchia represented Plaintiff. Lawrence J. Murphy represented Defendant. Court reporter Luke Lavin recorded the proceedings.

     Having reviewed the written filings and heard from the parties, the Court concludes for the reasons stated more fully on the record that genuine disputes of material fact preclude the entry of summary judgment in this matter.

     Therefore, the Court being sufficiently advised,

     **IT IS ORDERED** that:

     (1)   Defendant's motion for summary judgment (Doc. 19) be, and is hereby, **DENIED;**

     (2)   The parties are directed to promptly contact Magistrate Judge Stephanie K. Bowman to schedule a settlement conference to occur **within thirty (30) days** of entry of this Order;

     (3)   The parties shall file a joint status report **within ten (10) days** of said settlement conference, advising the Court of the

status of settlement negotiations and whether the Court needs to schedule a jury trial.

This 26th day of October, 2016.



Signed By:
William O. Bertelsman
United States District Judge

TIC: 42 mins.